Fourth Department. February 3, 1909.) Action by Jerry Linehan against Frank J. Nelson.

PER CURIAM. Judgment and order affirmed, with costs.

SPRING and ROBSON, JJ., dissent, upon the ground that prejudicial errors were committed in the reception of evidence and in the instruction to the jury upon the request of the counsel for the defendant, and also for the reason that on the undisputed evidence the plaintiff is entitled to recover.

LINZEY, Respondent, v. AMERICAN ICE CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 24, 1909.) Action by Clark W. Linzey, as administrator, etc., of Nile Linzey, deceased, against the American Ice Company. No opinion. Motion granted.

LOEWY, Respondent, v. GORDON et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Abraham B. Loewy against Morris Gordon and another. No opinion. Motion denied, with $10 costs.

LONZONE v. NEW YORK CONTRACTING CO. (Supreme Court, Appellate Division, First Department. February 26, 1909.) Action by Joseph Lonzone against the New York Contracting Company. No opinion. Motion denied, with $10 costs. Order filed.

LORD, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 12, 1909.) Action by Edwin Lord against the Erie Railroad Company. No opinion. Judgment and order unanimously affirmed by default, with costs.

LOVAGLIO, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Antonio Lovaglio, an infant, by John Lovaglio, his guardian ad litem, against the New York Central & Hudson River Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

LOWERY et al., Respondents, v. BRACE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. February 4, 1909.) Action by Edwin O. Lowery and another against William H. Brace and others.

PER CURIAM. Order reversed, without costs of this appeal to either party, and matter remitted to the Special Term for a rehearing of the motion upon five days' notice, upon the papers already presented, and upon such further affidavits or evidence as either party may desire to present. Held, that the court should have determined the amount of the attorney's lien, if any, and have permitted the payment of such lien as a condition of allowing the satisfactions to stand.

LYMAN, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. March 10, 1909.) Action by Alice P. Lyman against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

LYNN, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. February 4, 1909.) Action by William F. Lynn against the New York Central & Hudson River Railroad Company. No opinion. Judgment affirmed, with costs.

LYNN, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 19, 1909.) Action by William F. Lynn against the New York Central & Hudson River Railroad Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs.

LYONS NAT. BANK, Appellant, v. SHULER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 17, 1909.) Action by the Lyons National Bank against George H. Shuler and others.

PER CURIAM. Judgment affirmed, with costs.

McLENNAN, P. J., and WILLIAMS, J., dissent, upon the ground that the judgment ought to have provided that out of the proceeds of the sale the owners of the property should first have the right to receive the value of their property when the improvements were commenced, and that their equities were prior to those of the equitable lienors. See, also, 115 App. Div. 859, 101 N. Y. Supp. 62.

McALLISTER, Respondent, v. WARFIELD, Appellant. (Supreme Court, Appellate Division, Second Department. March 19, 1909.) Action by Charles D. McAllister against George A. Warfield. No opinion. Judgment of the County Court of Nassau county unanimously affirmed, with costs.

McBENNETT, Appellant, v. DAVID SHULDINER GLASS CO., Respondent. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by Alice McBennett, as administratrix, against the David Shuldiner Glass Company. T. J. O'Neill, for appellant. C. S. Petrasch, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

McCARTHY, Respondent, v. NATIONAL CONDUIT & CABLE CO., Appellant. (Supreme Court, Appellate Division, First Department. March 5, 1909.) Action by Bridget McCarthy, as administratrix, against the National Conduit & Cable Company. F. V. Johnson, for appellant. H. G. Smyth, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

McCASKEY REGISTER CO., Appellant, v. GREEN, Respondent. (Supreme Court, Appellate Division, Third Department. March 10,

**1909.)** Action by the McCaskey Register Company against Mary Green, as executrix, etc., of John Green, deceased.

PER CURIAM. Judgment affirmed, with costs. See, also, 57 Misc. Rep. 549, 109 N. Y. Supp. 970.

COCHRANE, J., dissents.

McCHERRY, Respondent, v. SNARE & TRIEST CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Mary McCherry, an infant, etc., against the Snare & Triest Company and another. No opinion. Motion for leave to appeal to the Court of Appeals granted. See, also, 114 N. Y. Supp. 674.

McCORMICK, Appellant, v. BERNER et al., Respondents. (Supreme Court, Appellate Division, First Department. March 5, 1909.) Action by Willis S. McCormick against Charles E. Berner and another. G. D. Lamb, for appellant. G. Zabriskie, for respondents. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, with leave to defendant, if so advised, to apply for a re-execution of the commission. Order filed.

McGEE, Respondent, v. TOWN OF WEST SENECA, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 20, 1909.) Action by Hannah McGee, as administratrix, etc., against the town of West Seneca.

PER CURIAM. Judgment and order affirmed, with costs.

KRUSE, J., not sitting.

McGEE, Respondent, v. TOWN OF WEST SENECA, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 10, 1909.) Action by Hannah McGee, as sole administratrix, against the Town of West Seneca. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs.

McGOVERN, Appellant, v. FITZPATRICK, Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Elizabeth McGovern, as administratrix, etc., of James McGovern, deceased, against Richard Fitzpatrick. No opinion. Order affirmed, with $10 costs and disbursements.

McGRATH, Respondent, v. AUBURN HAME CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 27, 1909.) Action by Alfred McGrath, an infant, etc., against the Auburn Hame Company. No opinion. Judgment and order affirmed, with costs.

McGRONEN, Appellant, v. GREENWALD et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 12, 1909.) Action by Thomas F. McGronen, as administrator, etc., of Harry A. McGronen, deceased, against Harry A. Greenwald and another. No opinion. Interlocutory judgment affirmed, with costs.

MACK, Respondent, v. MACK, Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by Henry S. Mack against Hugo S. Mack. E. W. Beebe, for appellant. W. J. Lippman, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs. Order filed.

McKIE, Respondent, v. BROWN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. February 3, 1909.) Action by John McKie, as tax collector, etc., in the town of Gates, against Roscoe C. E. Brown and others.

PER CURIAM. Judgment affirmed, with costs.

WILLIAMS, J., dissents.

MACKOWIAK, Respondent, v. BUFFALO & L. E. TRACTION CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 3, 1909.) Action by Frank Mackowiak against the Buffalo & Lake Erie Traction Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that the verdict of the jury is contrary to and against the weight of the evidence.

ROBSON, J., dissents.

McNEIL, Appellant, v. BOARD OF SUP'RS OF SUFFOLK COUNTY et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by R. Gordon McNeil against the board of supervisors of the county of Suffolk and others. No opinion. Order affirmed, with $10 costs and disbursements.

McNEIL v. ROCHESTER TELEPHONE CO. (Supreme Court, Appellate Division, Fourth Department. January 20, 1909.) Action by Joseph H. McNeil against the Rochester Telephone Company.

PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.

KRUSE, J., not sitting.

McNEILL, Respondent, v. BACHE et al., Appellants. (Supreme Court. Appellate Division, Third Department. March 24, 1909.) Action by William J. McNeill against Jules S. Bache and others. No opinion. Order affirmed, with $10 costs and disbursements.

McNICKLE, Appellant, v. DELANEY et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 5, 1909.)